**Dismiss and Opinion Filed October 7, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00700-CV**

**HOME TAX SOLUTIONS LLC, Appellant**
**V.**
**DEREK B. HORNE, ET AL., Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-06754-2020**

## MEMORANDUM OPINION

Before Justices Molberg, Partida-Kipness, and Carlyle
Opinion by Justice Carlyle

The docketing statement and clerk's record in this case have not been filed.

By postcard dated June 2, 2022, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. On August 19, 2022, we sent a letter informing appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification it had either paid for or made arrangements to pay for the record. We cautioned appellant that failure to do so

would result in the dismissal of this appeal without further notice. To date, appellant has not filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

220700f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HOME TAX SOLUTIONS LLC,
Appellant

No. 05-22-00700-CV       V.

DEREK B. HORNE, ET AL.,
Appellee

On Appeal from the 429th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 429-06754-
2020.
Opinion delivered by Justice Carlyle.
Justices Molberg and Partida-Kipness
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 7th day of October, 2022.